# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE VAN WORMER, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONAL VISION, INC, a Georgia corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 5:19-CV-01770-TJH (SPx)<br>Assigned Judge: Hon. Terry J. Hatter, Jr.<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE  [JS-6]** |

///
///
///
///
///
///
///
///

1

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

# ORDER

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice; and

2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: NOVEMBER 24, 2020      _____
The Honorable Terry J. Hatter, Jr.
United States District Judge

# PROOF OF SERVICE

## CASE NUMBER: 5:19-CV-01770-TJH (SPx)

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On November 20, 2020, I served following document(s) described as: **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** on the parties in this action listed below in the manner designated below:

D. Aaron Brock, (SBN 241919)
ab@brockgonzales.com
Christopher P. Brandes, (SBN 282801)
cb@brockgonzales.com
Lindsay L. Bowden, (SBN318685
lb@brockgonzales.com
**BROCK & GONZALES, LLP**
6701 Center Drive West, Ste. 610
Los Angeles, CA, 90045

Attorneys for Plaintiff
STEPHANIE VAN WORMER

☒ **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 20, 2020, at Irvine, California.

*/s/Jannette Astorga*
Jannette Astorga
4835-0493-1026, v. 1

3
**PROOF OF SERVICE**